IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERICA RIVERS,                   )
                                )
     Plaintiff,                 )
                                )        CIVIL ACTION NO.
     v.                         )         2:19cv1092-MHT
                                )              (WO)
LIBERTY INSURANCE CORP.,        )
d/b/a Liberty Mutual,           )
                                )
     Defendant.                 )
```

OPINION AND ORDER

On December 30, 2019, this lawsuit was filed by plaintiff Erica Rivers against defendant Liberty Mutual, asserting state-law tort claims related to a dispute over insurance coverage. *See* Complaint (Doc. 1). Plaintiff was represented by attorneys Jennifer Joyce Tompkins, Matthew Munson, and Sherri Mazur. Defendant was represented by Josh Baker and Josh Hess.

On May 7, 2021, upon a joint motion filed by the parties (Doc. 32), this case was stayed and administratively closed pending resolution of a related state-court case. *See* Order (Doc. 33).

Over a year later, on December 22, 2022, attorney Munson withdrew as counsel for plaintiff (Doc. 37), with the result that only attorneys Tompkins and Mazur still represented plaintiff.

On January 25, 2023, counsel for defendant filed a motion for a status conference, explaining that the related state-court case had been resolved and asking to discuss proceeding with the case.  *See* Mot. for Status Conf. (Doc. 38).  Per an order giving notice, the court held an on-the-record status conference on February 1, 2023, but neither of plaintiff's attorneys, Tompkins and Mazur, appeared.  At the conference, defendant orally moved that this case be dismissed for want of prosecution.

***

Accordingly, it is ORDERED that attorneys Jennifer Joyce Tompkins and Sherri Mazur show cause in writing, by February 17, 2023, as to why the defendant's motion for want of prosecution should not be granted, the stay lifted, the case reopened, and this case dismissed

2

for want of prosecution.

DONE, this the 1st day of February, 2023.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**