IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ERICA RIVERS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv1092-MHT |
| | ) | (WO) |
| LIBERTY INSURANCE CORP., | ) | |
| d/b/a Liberty Mutual, | ) | |
| | ) | |
|     Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is ORDERED that:

(1) The stay (doc. 33) is lifted.

(2) Defendant's oral motion to dismiss for want of prosecution, made on the record on February 1, 2023, is granted.

(3) This case is dismissed in its entirety without prejudice for failure to prosecute.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of March, 2023.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE